**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 10-7746**

─────────

BENJAMIN DAVIS, III,

       Plaintiff – Appellant,

    v.

W. ROADHEAVER, Cpl.; SOLSTICE, Cpl.; TYLER, Capt.; DURST, Lt.;
LLEWELYN, Lt.; CROSS, Sgt., Individually and in their Official
Capacities,

       Defendants – Appellees,

    v.

OFFICE OF THE ATTORNEY GENERAL,

       Party-in-Interest.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:09-cv-01936-WDQ)

─────────

Submitted:  March 31, 2011      Decided:  April 6, 2011

─────────

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Benjamin Davis, III, Appellant Pro Se.  Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Davis, III, appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Roadheaver, No. 1:09-cv-01936-WDQ (D. Md. Nov. 18, 2010); Davis v. Roadheaver, No. 1:09-cv-01936-WDQ (D. Md. July 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED